**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| JANE DOE,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF COUNTRY CLUB HILLS, TIMOTHY JONES, AND CLIFTON WARE,<br><br>    Defendants. | Cause No. 4:14-CV-01005 |

## MOTION TO PASS FOR SETTLEMENT

COMES NOW plaintiff and moves this Honorable Court to pass this case from the trial docket of August 24, 2015. The parties have reached a settlement in the case and will file a Stipulation for Dismissal after the appropriate documents have been prepared, signed and deposited.

Date: May 8, 2015

                                        Respectfully submitted,

                                        /s/ **Thomas K. Neill**
                                          Thomas K. Neill     #51959MO
                                          GRAY, RITTER & GRAHAM, P.C.
                                          Attorneys for Plaintiff
                                          701 Market Street, Suite 800
                                          St. Louis, MO  63101-1826
                                          (314) 241-5620; fax:  (314) 241-4140
                                          tneill@grgpc.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 8, 2015, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the parties.

/s/ **Thomas K. Neill**
Thomas K. Neill    #51959MO
GRAY, RITTER & GRAHAM, P.C.
Attorneys for Plaintiff
701 Market Street, Suite 800
St. Louis, MO  63101-1826
(314) 241-5620; fax:  (314) 241-4140
tneill@grgpc.com
