# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| JANE DOE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CITY OF COUNTRY CLUB HILLS, TIMOTHY JONES, AND CLIFTON WARE,<br><br>　　　　Defendants. | Cause No. 4:14-CV-01005 |

## STIPULATION FOR DISMISSAL WITH  PREJUDICE

COMES NOW Plaintiff, Jane Doe, by and through counsel, and with consent of defendants, and dismisses her causes of action, with prejudice, each party to bear their own costs.

Date: July 10, 2015

Respectfully submitted,

/s/ **Thomas K. Neill**
　Thomas K. Neill　　#51959MO
　GRAY, RITTER & GRAHAM, P.C.
　Attorneys for Plaintiff
　701 Market Street, Suite 800
　St. Louis, MO  63101-1826
　(314) 241-5620; fax:  (314) 241-4140
　tneill@grgpc.com

1374250 / 624 / 130825

-1-

-2-

## CERTIFICATE OF SERVICE

  I hereby certify that on July 10, 2015, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the parties.

             /s/ **Thomas K. Neill**
              Thomas K. Neill     #51959MO
              GRAY, RITTER & GRAHAM, P.C.
              Attorneys for Plaintiff
              701 Market Street, Suite 800
              St. Louis, MO  63101-1826
              (314) 241-5620; fax:  (314) 241-4140
              tneill@grgpc.com